IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES L. PIERSON,<br><br>   Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Civil No. 2:08-CV-257-JPH<br><br><br><br>JUDGMENT AND ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ shall conduct a de novo hearing. In addition, the ALJ shall re-assess the materiality of drug and alcohol addiction. The ALJ shall also re-assess all of the

medical evidence of record, including but not limited to the opinions of David D. Bot, M.D.; James E. Bailey, Ph.D.; Scott Eliason, M.D.; and Pamela S. Ridgeway, Ph.D. The ALJ shall also re-assess the severity of Plaintiff's mental impairments, and proceed as appropriate through the remainder of the sequential evaluation process. Finally, the ALJ shall obtain additional vocational expert testimony and/or medical expert testimony, if necessary.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 25th day of June 2009.

S/JAMES P. HUTTON
_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Mathew W. Pile
MATHEW W. PILE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
(206) 615-3760
Of Attorneys for Defendant